# EXHIBIT B

REDACTED

IN

ENTIRETY