# EXHIBIT G

**PCT**    WORLD INTELLECTUAL PROPERTY ORGANIZATION
International Bureau



INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification [6] : | | (11) International Publication Number: **WO 99/55320** |
|---|---|---|
| A61K 31/155, 47/12, 47/26 | **A1** | (43) International Publication Date: 4 November 1999 (04.11.99) |

(21) International Application Number: PCT/JP99/02192

(22) International Filing Date: 26 April 1999 (26.04.99)

(30) Priority Data:
10/136126    29 April 1998 (29.04.98)    JP

(71) Applicant *(for all designated States except US)*: SUMIT-OMO PHARMACEUTICALS CO., LTD. [JP/JP]; 2–8, Doshomachi 2–chome, Chuo–ku, Osaka–shi, Osaka 541–8510 (JP).

(72) Inventors; and
(75) Inventors/Applicants *(for US only)*: NISHII, Hiroyuki [JP/JP]; 9–1–404, Tamagawa 1–chome, Takatsuki–shi, Osaka 569–0857 (JP). KOBAYASHI, Hirohisa [JP/JP]; 12–10, Nakatsu–cho, Ibaraki–shi, Osaka 567–0824 (JP). OTODA, Kazuya [JP/JP]; 1–10, Nakayama–sakuradai 5–chome, Takarazuka–shi, Hyogo 665–0877 (JP).

(74) Agent: NAKAMURA, Toshio; Sumitomo Pharmaceuticals Co., Ltd., Intellectual Property Dept., 1–98, Kasugadenaka 3–chome, Konohana–ku, Osaka–shi, Osaka 554–0022 (JP).

(81) Designated States: AE, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BY, CA, CH, CN, CU, CZ, DE, DK, EE, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MD, MG, MK, MN, MW, MX, NO, NZ, PL, PT, RO, RU, SD, SE, SG, SI, SK, SL, TJ, TM, TR, TT, UA, UG, US, UZ, VN, YU, ZA, ZW, ARIPO patent (GH, GM, KE, LS, MW, SD, SL, SZ, UG, ZW), Eurasian patent (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European patent (AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE), OAPI patent (BF, BJ, CF, CG, CI, CM, GA, GN, GW, ML, MR, NE, SN, TD, TG).

**Published**
*With international search report.*

(54) Title: ORAL FORMULATION COMPRISING BIGUANIDE AND AN ORGANIC ACID

(57) Abstract

An oral formulation comprising a biguanide and an organic acid has less unpleasant tastes such as bitterness and saltiness.

### FOR THE PURPOSES OF INFORMATION ONLY

Codes used to identify States party to the PCT on the front pages of pamphlets publishing international applications under the PCT.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AL | Albania | ES | Spain | LS | Lesotho | SI | Slovenia |
| AM | Armenia | FI | Finland | LT | Lithuania | SK | Slovakia |
| AT | Austria | FR | France | LU | Luxembourg | SN | Senegal |
| AU | Australia | GA | Gabon | LV | Latvia | SZ | Swaziland |
| AZ | Azerbaijan | GB | United Kingdom | MC | Monaco | TD | Chad |
| BA | Bosnia and Herzegovina | GE | Georgia | MD | Republic of Moldova | TG | Togo |
| BB | Barbados | GH | Ghana | MG | Madagascar | TJ | Tajikistan |
| BE | Belgium | GN | Guinea | MK | The former Yugoslav | TM | Turkmenistan |
| BF | Burkina Faso | GR | Greece | | Republic of Macedonia | TR | Turkey |
| BG | Bulgaria | HU | Hungary | ML | Mali | TT | Trinidad and Tobago |
| BJ | Benin | IE | Ireland | MN | Mongolia | UA | Ukraine |
| BR | Brazil | IL | Israel | MR | Mauritania | UG | Uganda |
| BY | Belarus | IS | Iceland | MW | Malawi | US | United States of America |
| CA | Canada | IT | Italy | MX | Mexico | UZ | Uzbekistan |
| CF | Central African Republic | JP | Japan | NE | Niger | VN | Viet Nam |
| CG | Congo | KE | Kenya | NL | Netherlands | YU | Yugoslavia |
| CH | Switzerland | KG | Kyrgyzstan | NO | Norway | ZW | Zimbabwe |
| CI | Côte d'Ivoire | KP | Democratic People's | NZ | New Zealand | | |
| CM | Cameroon | | Republic of Korea | PL | Poland | | |
| CN | China | KR | Republic of Korea | PT | Portugal | | |
| CU | Cuba | KZ | Kazakstan | RO | Romania | | |
| CZ | Czech Republic | LC | Saint Lucia | RU | Russian Federation | | |
| DE | Germany | LI | Liechtenstein | SD | Sudan | | |
| DK | Denmark | LK | Sri Lanka | SE | Sweden | | |
| EE | Estonia | LR | Liberia | SG | Singapore | | |

Case 1:18-cv-00648-WCB   Document 76-7   Filed 02/01/19   Page 4 of 31 PageID #: 1100

# DESCRIPTION

## ORAL FORMULATION COMPRISING BIGUANIDE AND AN ORGANIC ACID

5   TECHNICAL FIELD

The present invention relates to an oral fomulation comprising a biguanide and an organic acid.

BACKGROUND OF THE INVENTION

10   Biguanides such as metformin have unpleasant tastes such as bitterness and saltiness.  The dosages of metformin are about 250 mg per dose in Japan and about 850 mg per dose in United States of America.   In spite of such big dosages, only tablets are on sale at present.

15   There are several known methods for masking bitterness of bitter drugs, for instance, for solid formulations, sugar coated tablets, film coated tablets, capsules and the like are useful. Powders, fine granules and granules are formulated with sweetening agents or flavors; microcapsules, non-enteric coated formulation,

20   spray-dried formulation with low melting point wax, formulation with lecithin (JP 62-265234-A) and the like may also be used.   For solutions, there are formulations with water-insoluble high molecular weight compound such as ethylcellulose and hydroxypropylmethylcellulose phthalate (JP 52-41214-A); formulations

25   with acidic phospholipids or lyso-phospholipids (JP 7-67552-A); and formulations with a large amount of citric acid (JP 4-58452-B).

DISCLOSURE OF THE INVENTION

The inventors of the present invention have intensively carried

WO 99/55320                                                2                                    PCT/JP99/02192

out research, and found that an oral formulation comprising a
biguanide and an organic acid has less unpleasant tastes such as
bitterness and saltiness.  Thus, the present invention has been
accomplished.

5

   The present inventions includes:

   [1]  An oral formulation comprising a biguanide and an organic
acid.

   [2]  An oral formulation comprising a biguanide, an organic acid
10   and a sweetening agent.

   [3]  An oral formulation according to [1] or [2] wherein the
biguanide is metformin or a pharmaceutical salt thereof.

   [4]  An oral formulation according to any one of [1] to [3]
wherein the organic acid is malic acid, citric acid, tartaric acid
15   or mixture thereof.

   [5]  An oral formulation according to any one of [1] to [4]
wherein the sweetening agent is aspartame$^{TM}$, saccharine, saccharine
sodium, stevioside or mixture thereof.

   [6]  An oral formulation according to any one of [1] to [5]
20   wherein the ratio (w/w) of the biguanide to the organic acid is 1 :
0.01 to 1 : 50.

   [7]  An oral formulation according to any one of [2] to [6]
wherein the ratio (w/w) of the biguanide to the sweetening agent is
1 : 0.001 to 1 : 10

25   [8]  An oral formulation according to any one of [1] to [7]
wherein the formulation is solution, jelly, gum drops, dry syrup,
powders, fine granules or granules.

   [9]  An oral formulation according to any one of [1] to [8]
wherein the pH of the solution is 3.5 to 6 in case that the

3

formulation is solution, and the pH of the solution which is formed
by dissolving or dispersing the formulation to 10 times more (w/w)
volume of water, is 3.5 to 6 in case that the formulation is not
solution.

5

DETAILED DESCRIPTION OF THE INVENTION

"Biguanide" includes compounds having a biguanide structure such
as metformin, buformin, fenformin and pharmaceutically acceptable
salts thereof.

10       "Organic acid" includes malic acid, citric acid, tartaric acid,
ascorbic acid, succinic acid, fumaric acid, maleic acid, gluconic
acid, glucuronic acid and mixtures thereof. Preferable organic
acids are organic acids having 2 or 3 carboxyl groups such as malic
acid, citric acid and tartaric acid, more preferably malic acid.

15       The ratio (w/w) of the biguanide to the organic acid is, for example,
1 : 0.01 to 1 : 50, preferably 1 : 0.02 to 1 : 10, more preferably
1 : 0.05 to 1 : 1. In the case of malic acid, the preferable ratio
(w/w) of the biguanide to malic acid is 1 : 0.05 to 1 : 0.5.

"Sweetening agent" includes aspartame$^{TM}$, saccharin, saccharin
20   sodium, stevioside, *sormatin*, erythritol, sorbitol, xylitol,
glycerin and mixtures thereof. Preferable sweetening agents are
aspartame$^{TM}$, saccharin, saccharin sodium and stevioside. The ratio
(w/w) of the biguanide to the sweetening agent is, for example, 1 :
0.001 to 1 : 10, preferably 1 : 0.02 to 1 : 1.

25

When the formulation is a solution, preferably the pH of the
solution is 3.5 to 6, more preferably 4 to 6, to decrease the
unpleasant tastes and to keep the biguanide stable. If the
formulation is not a solution, the preferable pH of the solution or

WO 99/55320                                        PCT/JP99/02192

4

dispersion which is formed by dispersing the formulation in water (1 part of the formulation to 10 parts of water, by weight), is 3.5 to 6, more preferably 4 to 6; This is in order to decrease the unpleasant tastes and to keep the biguanide stable.

5

"Oral formulation" includes solution, jelly, gum drops, dry syrup, powders, fine granules and granules.  Preferably the formulation is not in the form of tablets.

10      The formulation of the present invention may include pharmaceutically acceptable non-toxic and inactive additives. Additives include excipients such as corn starch, potato starch, white sugar, mannitol, xylitol, sorbitol, talc, kaolin, calcium monohydrogen phosphate, calcium sulfate, calcium carbonate,
15      crystalline cellulose; lubricants such as magnesium stearate and potassium stearate; disintegrators such as carboxymethylcellulose calcium and low substituted hydroxymethylcellulose; binders such as hydroxypropylcellulose, hydroxypropylmethylcellulose, polyvinypyrrolidone, gelatin, methylcellulose, Arabia gum and
20      polyvinylalcohol; coloring agents; correctives; adsorbents; preservatives; stabilizers; moistening agents; de-charging agents; pH adjusters; and the like.

The formulation may include flavors such as lemon, orange, grapefruit, pine, banana, chocolate and yogurt to decrease the
25      unpleasant tastes more.

The formulation of the present invention can be prepared by well known methods.  In the case of solid formulations, the formulation can be prepared, for example, by extruding granulation

methods, crushing granulation methods, dry granulation methods,
fluidized bed granulation methods, tumbling granulation methods,
high shear mixing granulation methods, wet compression methods,
direct compression methods and the like.

5

The formulation of the present invention will contain the
conventional amounts of active ingredient (biguanide) and will be
used in conventional manner to administer doses in accordance with
normal practice by routes and according to dosage regimes which are
familiar to pharmacologists and medical practitioners.

10

The present invention will be described in detail below,
referring to Examples and Experiments, which are not limitative of
the present invention.

15

Example 1

Solution of metformin hydrochloride

| Ingredient | weight % |
|---|---|
| Metformin hydrochloride | 5 % |
| Malic acid | 0.8 % |
| Aspartame[TM] | 0.3 % |
| Lemon flavor | 0.1 % |
| Purified water | 93.8 % |

20

25

5 % Solution of metformin hydrochloride is prepared by
dissolving metformin hydrochloride, malic acid, aspartame[TM] and
lemon flavor into purified water.

Example 2

Solution of metformin hydrochloride

| Ingredient | weight % |
|---|---|
| Metformin hydrochloride | 5 % |
| Malic acid | 0.8 % |
| Saccharin sodium | 1 % |
| Lemon flavor | 0.1 % |
| Purified water | 93.1 % |

5 % Solution of metformin hydrochloride is prepared by dissolving metformin hydrochloride, malic acid, saccharine sodium and lemon flavor into purified water.


Example 3

Solution of metformin hydrochloride

| Ingredient | weight % |
|---|---|
| Metformin hydrochloride | 5 % |
| Citric acid | 2 % |
| Aspartame$^{TM}$ | 0.3 % |
| Lemon flavor | 0.1 % |
| Purified water | 92.6 % |

5 % Solution of metformin hydrochloride is prepared by dissolving metformin hydrochloride, citric acid, aspartame$^{TM}$ and lemon flavor into purified water.


Example 4

Solution of metformin hydrochloride

| Ingredient | weight % |
|---|---|

|                          |         |
|--------------------------|---------|
| Metformin hydrochloride  | 5 %     |
| Malic acid               | 1.5 %   |
| Saccharin sodium         | 0.25 %  |
| Erythritol               | 10 %    |
| Lemon flavor             | 0.1 %   |
| Purified water           | 83.15 % |

5 % Solution of metformin hydrochloride is prepared by dissolving metformin hydrochloride, malic acid, saccharin sodium, erythritol and lemon flavor into purified water.

Example 5

Solution of metformin hydrochloride

| Ingredient               | weight % |
|--------------------------|----------|
| Metformin hydrochloride  | 5 %      |
| Malic acid               | 1.5 %    |
| Aspartame[TM]            | 0.2 %    |
| Sorbitol                 | 6 %      |
| Grapefruit flavor        | 0.1 %    |
| Purified water           | 87.2 %   |

5 % Solution of metformin hydrochloride is prepared by dissolving metformin hydrochloride, malic acid, aspartame[TM], sorbitol and grapefruit flavor into purified water.

Example 6

Solution of metformin hydrochloride

| Ingredient               | weight % |
|--------------------------|----------|
| Metformin hydrochloride  | 5 %      |

8

|  |  |
|---|---|
| Malic acid | 1.5 % |
| Saccharin | 0.03 % |
| Glycerin | 10 % |
| Lemon flavor | 0.1 % |
| Purified water | 83.37 % |

5       5 % Solution of metformin hydrochloride is prepared by
dissolving metformin hydrochloride, malic acid, saccharin, glycerin
and lemon flavor into purified water.


10    Example 7

Solution of metformin hydrochloride

| Ingredient | weight % |
|---|---|
| Metformin hydrochloride | 5 % |
| Malic acid | 1.5 % |
| Saccharin sodium | 0.25 % |
| Saccharin | 0.03 % |
| Lemon flavor | 0.1 % |
| Purified water | 93.12 % |

20       5 % Solution of metformin hydrochloride is prepared by
dissolving metformin hydrochloride, malic acid, saccharin sodium,
saccharin and lemon flavor into purified water.


Example 8

25    Dry syrup of metformin hydrochloride

| Ingredient | Amount |
|---|---|
| Metformin hydrochloride | 500 g |
| Malic acid | 80 g |

WO 99/55320                                        PCT/JP99/02192

9

|  |  |
|---|---|
| Saccharin sodium | 25 g |
| Erythritol | 865 g |
| Polyvinylpyrrolidone K30 | 30 g |
| ------------------------------------- | |
| Total | 1500 g |

Metformin hydrochloride, malic acid, saccharin sodium, erythritol and polyvinylpyrrolidone K30 are mixed with 200 g of mixture of purified water and ethanol (1 : 1 (w/w)) to give wet solid. 33 % Dry syrup of metformin hydrochloride is prepared by milling the wet solid with a granulation mill to adjust the size of the granules, followed by drying.

Example 9

Jelly of metformin hydrochloride

| Ingredient | weight % |
|---|---|
| Metformin hydrochloride | 5 % |
| Gelatin | 0.5 % |
| Malic acid | 0.8 % |
| Aspartame$^{TM}$ | 0.3 % |
| Lemon flavor | 0.1 % |
| Purified water | 93.3 % |

Jelly of metformin hydrochloride is prepared by dissolving or dispersing metformin hydrochloride, malic acid, aspartame$^{TM}$ and lemon flavor into gelatin solution which is made by dissolving gelatin to purified water over 80 °C, followed by cooling.

Example 10

Fine granules of buformin hydrochloride

| Ingredient | Amount |
|---|---|
| Buformin hydrochloride | 100 g |
| Mannitol | 300 g |
| Lactose | 300 g |
| Corn starch | 150 g |
| Malic acid | 90 g |
| Aspartame[TM] | 30 g |
| Methylcellulose | 30 g |
| Total | 1000 g |

Buformin hydrochloride, mannitol, lactose, corn starch, malic acid, aspartame[TM] and methylcellulose are mixed with 200 g of purified water to give wet solid.  10 % Fine granules of buformin hydrochloride are prepared by granulating the wet solid with a basket granulation mill, followed by drying.


Example 11

Gum drops of buformin hydrochloride

| Ingredient | Amount |
|---|---|
| Buformin hydrochloride | 100 mg |
| Gelatin | 600 mg |
| Citic acid | 100 mg |
| Saccharin sodium | 25 mg |
| Sorbitol | 1550 mg |
| Lemon flavor | 25 mg |
| Purified water | 600 mg |

WO 99/55320            11            PCT/JP99/02192

Total            3000 mg

Gum drops of buformin hydrochloride are prepared by dissolving or dispersing buformin hydrochloride, citric acid, saccharin sodium, sorbitol and lemon flavor into gelatin solution which is made by

5    dissolving gelatin to purified water over 80 °C, followed by molding the mixture and cooling.

Example 12

Powders of buformin hydrochloride

10

| Ingredient | Amount |
|---|---|
| Buformin hydrochloride | 100 mg |
| Mannitol | 560 mg |
| Corn starch | 200 mg |
| Citric acid | 100 mg |
| Aspartame$^{TM}$ | 30 mg |
| Magnesium stearate | 10 mg |
| Total | 1000 mg |

15

20    10 % powders of buformin hydrochloride are prepared by mixing buformin hydrochloride, mannitol, corn starch, citric acid, aspartame$^{TM}$ and magnesium stearate.

Example 13

25    Solutions of metformin hydrochloride at various pH

Using the same amount of each ingredient of Example 1, 5 % solutions of metformin hydrochloride at various pH are prepared by dissolving or dispersing metformin hydrochloride, malic acid, aspartame$^{TM}$ and lemon flavor into about 80 % of purified water,

WO 99/55320          12                    PCT/JP99/02192

followed by adjusting pH of the solution to pH 2, 3, 3.5, 4, 5 or 6 using dilute hydrochloric acid or dilute sodium hydroxide solution and adding more purified water.

5  Reference example 1
Solution of metformin hydrochloride

| Ingredient | weight % |
|---|---|
| Metformin hydrochloride | 5 % |
| Purified water | 95 % |

10       5 % Solution of metformin hydrochloride is prepared by dissolving metformin hydrochloride into purified water.

Experiment 1
15  Tasting experiment
        Tasting experiments on the solutions of Examples 1 to 3 and Reference example 1 were carried out with 20 panelists.  The numbers of panelists who felt the solution "not bitter", "a little bitter" and "very bitter" are shown in Table 1.

20  Table 1

| Solution | "not bitter" | "a little bitter" | "very bitter" |
|---|---|---|---|
| Example 1 | 11 | 8 | 1 |
| Example 2 | 10 | 9 | 1 |
| Example 3 | 11 | 8 | 1 |
| Reference example 1 | 0 | 2 | 18 |

        Tasting experiments on the solutions of Examples 4 to 7 were also carried out, with satisfactory results.

13

Experiment 2

Tasting and stability experiments

Tasting and stability experiments on the solutions at various
5   pH of Example 13 were carried out, in the same manner as Experiment
1. A stability experiment was carried out by measuring the
remaining amount of metformin in the solutions with HPLC after
heating the solutions in vials at 60 °C for 2 weeks. The results are
shown in Table 2.

10

Table 2

| pH | taste | remaining amount(%) |
|-----|-------|---------------------|
| 2 | very sour | 78 |
| 3 | sour | 86 |
| 3.5 | good | 94 |
| 4 | good | 96 |
| 5 | good | 98 |
| 6 | good | 100 |
| 7 | very bitter | 98 |

Metformin hydrochloride is not stable below pH 3.5, and the
solution tastes sour. The solution over pH 7 has bitterness.

25      Normally we feel bitterness most in solution formulation.
Therefore these experiments on the solutions indicate that other
formulations such as jelly, gum drops, dry syrup, powders, fine
granules and granules have less unpleasant tastes as well.

The present invention provides an oral formulation of biguanide with less unpleasant tastes.   With this invention, people in every age group, for example, elderly people and little children can easily have sufficient amount of biguanide.

15

## CLAIMS

1.   An oral formulation comprising a biguanide and an organic acid.

2.   An oral formulation comprising a biguanide, an organic acid and a sweetening agent.

3.   An oral formulation according to Claim 2 wherein the sweetening agent is selected from aspartame$^{TM}$, saccharine, saccharine sodium, stevioside and mixtures thereof.

4.   An oral formulation according to Claim 2 or Claim 3 wherein the ratio (w/w) of the biguanide to the sweetening agent is 1 : 0.001 to 1 : 10

5.   An oral formulation according to any one of Claims 1 to 4 wherein the biguanide is metformin or the pharmaceutical salt thereof.

6.   An oral formulation according to any one of Claims 1 to 5 wherein the organic acid is selected from malic acid, citric acid, tartaric acid and mixtures thereof.

7.   An oral formulation according to any one of Claims 1 to 6 wherein the ratio (w/w) of the biguanide to the organic acid is 1 : 0.01 to 1 : 50.

8.   An oral formulation according to any one of Claims 1 to 7 in the form of a solution, jelly, gum drops, dry syrup, powders, fine granules or granules.

9.   An oral formulation according to Claims 8 which is in the form of a solution wherein the pH of the solution is 3.5 to 6.

10.   An oral formulation according to Claims 8 which is not in the form of a solution and the pH of the solution or dispersion which is formed by dispersing 1 part of the formulation in 10 parts

16

by weight of water is 3.5 to 6.

# INTERNATIONAL SEARCH REPORT

| International Application No |
|---|
| PCT/JP 99/02192 |

**A. CLASSIFICATION OF SUBJECT MATTER**
IPC 6     A61K31/155     A61K47/12     A61K47/26

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched  (classification system followed by classification symbols)
IPC 6     A61K

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category * | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | DE 21 24 256 A (DR. CHRISTIAN BRUNNENGRÄBER) 30 November 1972 (1972-11-30) page 4; example 1 --- | 1 |
| Y | GB 1 539 076 A (MEIJI SEIKA KAISHA) 24 January 1979 (1979-01-24) page 1, right-hand column, line 19-33 page 4; example 6 --- | 1-10 |
| Y | EP 0 390 369 A (AMERICAN HOME PROD) 3 October 1990 (1990-10-03) claims 1,2 --- | 1-10 |

-/--

| X | Further documents are listed in the  continuation of box C. | | X | Patent family members are listed in annex. |
|---|---|---|---|---|

* Special categories of cited documents :

"A" document defining the general state of the  art which is not
     considered to be of particular relevance

"E" earlier document but published on or after the  international
     filing date

"L" document which may throw doubts on priority  claim(s) or
     which is cited to establish the publication date of another
     citation or other special reason (as  specified)

"O" document referring to an oral disclosure, use,  exhibition or
     other means

"P" document published prior to the international  filing date but
     later than the priority date claimed

"T" later document published after the  international filing date
     or priority date and not in conflict with the  application but
     cited to understand the principle or theory  underlying the
     invention

"X" document of particular relevance; the claimed  invention
     cannot be considered novel or cannot be considered  to
     involve an inventive step when the document is  taken alone

"Y" document of particular relevance; the claimed  invention
     cannot be considered to involve an inventive  step when the
     document is combined with one or more other  such docu-
     ments, such combination being obvious to a  person skilled
     in the art.

"&" document member of the same patent family

| Date of the actual completion of the International search | Date of mailing of the international search report |
|---|---|
| 2 August 1999 | 13/08/1999 |

| Name and mailing address of the ISA | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2 NL - 2280 HV Rijswijk Tel. (+31-70) 340-2040, Tx. 31 651 epo nl, Fax: (+31-70) 340-3016 | Herrera, S |

Form PCT/ISA/210 (second sheet) (July 1992)

2

# INTERNATIONAL SEARCH REPORT

Intern. ₊nal Application No

PCT/JP 99/02192

C.(Continuation) DOCUMENTS CONSIDERED TO BE RELEVANT

| Category * | Citation of document, with indication,where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| Y | PATENT ABSTRACTS OF JAPAN<br>vol. 010, no. 120 (C-343),<br>6 May 1986 (1986-05-06)<br>& JP 60 246325 A (TAKEDA YAKUHIN KOGYO<br>KK), 6 December 1985 (1985-12-06)<br>abstract<br>--- | 1-10 |
| P,A | WO 98 27982 A (ICHIHARA JUNJI ;ITAKURA<br>YASUSHI (JP); NOGUCHI HIROSHI (JP);<br>SUMITO) 2 July 1998 (1998-07-02)<br>----- | 1-10 |

2

# INTERNATIONAL SEARCH REPORT

Information on patent family members

| | Intern.  ,nal Application No |
|---|---|
| | PCT/JP 99/02192 |

| Patent document cited in search report | | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|---|
| DE 2124256 | A | 30-11-1972 | NONE | | |
| GB 1539076 | A | 24-01-1979 | JP | 1209258 C | 29-05-1984 |
| | | | JP | 52041214 A | 30-03-1977 |
| | | | JP | 58040529 B | 06-09-1983 |
| | | | BE | 838239 A | 28-05-1976 |
| | | | CA | 1069047 A | 31-12-1979 |
| | | | DE | 2604044 A | 31-03-1977 |
| | | | FR | 2325388 A | 22-04-1977 |
| | | | NL | 7601069 A,B, | 31-03-1977 |
| | | | SE | 418146 B | 11-05-1981 |
| | | | SE | 7601096 A | 30-03-1977 |
| | | | US | 4101651 A | 18-07-1978 |
| EP 0390369 | A | 03-10-1990 | US | 4975465 A | 04-12-1990 |
| | | | AT | 100313 T | 15-02-1994 |
| | | | AU | 629622 B | 08-10-1992 |
| | | | AU | 5226990 A | 04-10-1990 |
| | | | CA | 1336819 A | 29-08-1995 |
| | | | DE | 69006068 D | 03-03-1994 |
| | | | DE | 69006068 T | 11-05-1994 |
| | | | DK | 390369 T | 11-04-1994 |
| | | | ES | 2048428 T | 16-03-1994 |
| | | | HK | 68194 A | 22-07-1994 |
| | | | IE | 64024 B | 28-06-1995 |
| | | | JP | 2286615 A | 26-11-1990 |
| | | | JP | 2847134 B | 13-01-1999 |
| | | | KR | 143899 B | 15-07-1998 |
| | | | MX | 20055 A,B | 01-10-1993 |
| JP 60246325 | A | 06-12-1985 | JP | 1948417 C | 10-07-1995 |
| | | | JP | 4058452 B | 17-09-1992 |
| WO 9827982 | A | 02-07-1998 | NONE | | |

10382442.030603

**CLAIMS:**

1.  A liquid pharmaceutical composition for oral administration to a subject in need thereof which comprises a therapeutically effective amount of metformin or its pharmaceutically acceptable salt thereof in association with a pharmaceutically acceptable liquid carrier.

2.  The liquid pharmaceutical composition according to claim 1, where the pharmaceutically acceptable carrier is water.

3.  The liquid pharmaceutical composition according to claim 1 comprising a therapeutically effective amount of the pharmaceutically acceptable salt of metformin in association with a liquid carrier.

4.  The liquid pharmaceutical composition according to claim 3, wherein the pharmaceutically acceptable salt is metformin hydrochloride.

5.  The liquid pharmaceutical composition according to claim 3, wherein the pharmaceutically acceptable carrier is water.

6.  The liquid pharmaceutical composition according to claim 1 which additionally comprises a sweetener that does not increase the blood glucose level of a subject after ingestion thereof.

7.  The liquid pharmaceutical composition according to claim 1 which additionally comprises a sweetener that does not increase the blood glucose

- 34 -

level of a subject after ingestion thereof, an alkyl hydroxyethylcellulose, or a polyhydroxy alcohol, or combination thereof.

8.  A liquid pharmaceutical composition which comprises a therapeutically effective amount of metformin, or its pharmaceutically acceptable salt, a sweetener that does not increase the blood glucose level of a subject after ingestion thereof, an alkyl hydroxyethylcellulose and a polyhydroxy alcohol in association with a pharmaceutically acceptable carrier, said sweetener being present in amounts ranging from about 40% to about 80% by weight, said alkyl hydroxyethylcellulose being present in amounts ranging from about 0.01% to about 5% by weight and said polyhydroxy alcohol being present in amounts ranging from about 5% to about 55% by weight.

9.  The pharmaceutical composition of claim 8 wherein the sweetener is present in amounts ranging from about 50% to about 70% by weight.

10.   The liquid pharmaceutical composition of claim 9, wherein the sweetener is present in amounts ranging from about 55% to about 65% by weight.

11.  The liquid pharmaceutical composition of claim 8, wherein the alkyl hydroxyethylcellulose is present in amounts ranging from about 0.05% to about 1% by weight.

- 35 -

12. The liquid pharmaceutical composition of claim 11, wherein the alkyl hydroxyethylcellulose is present in amounts ranging from 0.08% to about 0.2% by weight.

13. The liquid pharmaceutical composition of claim 8, wherein the polyhydroxy alcohol is present in amounts ranging from about 15% to about 40% by weight.

14. The liquid pharmaceutical composition of claim 13, wherein the polyhydroxy alcohol is present in amounts ranging from about 20% to about 30% by weight.

15. The liquid pharmaceutical composition of claim 8, wherein the alkyl group in alkyl hydroxy ethyl cellulose contains 2 to 10 carbon atoms.

16. The liquid pharmaceutical composition of claim 8, wherein the sweetener is a sugar alcohol or non-nutritive sweetener.

17. The liquid pharmaceutical composition of claim 8, wherein the polyhydroxy alcohol contains 2 to 6 carbon atoms and contains 2 to 6 hydroxy groups

18. The liquid pharmaceutical composition of claim 8, wherein the polyhydroxy alcohol is a polymer having a molecular weight ranging from 200 to 2000 daltons and has a repeating unit of 2 to 6 carbon atoms and the repeating unit contains 2 to 6 hydroxy groups.

19.   The liquid pharmaceutical composition according to claim 8, wherein the pharmaceutical carrier is water.

20.   The liquid pharmaceutical composition according to claim 6 wherein the pH of the formulation ranges from about 4.0 to about 9.0.

21.   The liquid pharmaceutical composition according to claim 20 wherein the sweetener is present in an amount ranging from about 10% to about 70%.

22.   The liquid pharmaceutical composition according to claim 21 wherein the sweetener is a mixture of a sugar alcohol and a non-nutritive sweetener.

23.   The liquid pharmaceutical composition according to claim 6 wherein the sweetener is a mixture of a sugar alcohol and a non-nutritive sweetener.

24.   The liquid pharmaceutical composition according to claim 22 or 23 wherein the sugar alcohol is present in an amount ranging from about 10 to about 70% by weight and the nutritive sweetener is present in amounts ranging from about 0.1% to about 0.8% by weight.

25.   The liquid pharmaceutical composition according to claim 22 or 23 wherein the sugar alcohol is xylitol.

26.   The liquid pharmaceutical composition according to claim 22 or 23 wherein the non-nutritive sweetener is a saccharin salt.

27.  The liquid pharmaceutical composition according to claim 22 or 23 which additionally comprises a mineral acid and a bicarbonate salt both in sufficient amounts to maintain the pH in the range of about 4.0 to about 9.0.

28.  The liquid pharmaceutical composition according to claim 27 wherein the mineral acid is hydrochloric acid, nitric acid, or sulfuric acid.

29.  The liquid pharmaceutical composition according to claim 28 wherein the mineral acid is hydrochloric acid.

30.  The liquid pharmaceutical composition according to claim 20 wherein the pH ranges from about 4.2 to about 7.0.

31.  The liquid pharmaceutical composition according to claim 27 wherein the bicarbonate salt is potassium bicarbonate.

32.  A liquid pharmaceutical composition comprising a pharmaceutically effective amount of metformin or a salt thereof, a sweetening effective amount of a mixture of xylitol and saccharin or pharmaceutically acceptable salt thereof, and a mineral acid and bicarbonate salt, the acid and bicarbonate salt are present in an amount sufficient so that the pharmaceutical composition has a pH ranging from about 4.0 to about 9.0.

33.  The liquid pharmaceutical composition according to claim 1, claim 8 or claim 22, in the form of a liquid suspension.

10382442.030603

34.   The liquid pharmaceutical composition according to claim 1 or claim 8 or 22 which additionally comprises an anti-hyperglycemic agent.

35.   The liquid pharmaceutical composition according to claim 33, wherein the anti-hyperglycemic agent is glyburide or glypizide.

36.   The liquid pharmaceutical composition according to claim 8, in the form of a liquid or a suspension comprising metformin hydrochloride, a non-nutritive sweetener, polyethylene glycol and alkyl hydroxyethylcellulose, wherein alkyl contains 2 to 12 carton atoms.

37.   The liquid pharmaceutical composition according to claim 4, 32 or 36, additionally comprising an anti-hyperglycemic agent.

38.   The liquid pharmaceutical composition according to any one of claim 1, 8 or 22 which additionally comprises a flavoring agent, an anti-oxidant, preservative, surfactant, thickener or a chelating agent.

39.   The liquid pharmaceutical composition according to claim 38 which additionally comprises an anti-hyperglycemic agent.

40.   A method of treating diabetes in a subject in need of treatment comprising administering to said subject an anti-diabetic effective amount of the liquid pharmaceutical composition of any one of claims 1, 8 or 22.

10382442 030603

41.   A method of treating hyperglycemia in a subject suffering therefrom which comprises administering to said subject an anti-hyperglycemic effective amount of the liquid pharmaceutical composition of any one of claims 1, 8 or 22.

42.   A method for reducing adverse effects of metformin or its pharmaceutically acceptable salt when ingested, which comprises administering to a patient a liquid pharmaceutical composition of any one of claims 1, 8 or 22.

43.   A method for facilitating compliance of a patient prescribed to take metformin or its pharmaceutically acceptable salt which comprises administering thereto a pharmaceutically effective amount of the liquid pharmaceutical composition of any one of claims 1, 8 or 22.

44.   The liquid pharmaceutical composition according to claim 8 wherein the polyhydric alcohol is a mixture of a first polyethylene glycol having a molecule weight between 200 and 1000 daltons inclusive and a second polyethylene glycol having a molecular weight between 1000 and 2000 dalton, inclusive.

45.   The liquid pharmaceutical composition according to claim 44 wherein the weight ratio of the first polyethylene glycol to the second polyethylene glycol ranges from about 1.5:1 to about 4:1.

46.   The liquid pharmaceutical composition according to claim 21 wherein the sweetener is present in amounts ranging from about 20% to about 60% by weight.

- 40 -

47.  The liquid pharmaceutical composition according to claim 46 wherein the sweetener is present in amounts ranging from about 30% to about 50% by weight.

48.  The liquid composition according to claim 24 wherein the weight ratio of sugar alcohol to non-nutritive sweetener ranges from about 700:1 to about 85:1.

49.  The liquid composition according to claim 48 wherein the weight ratio of sugar alcohol to non-nutritive sweetener ranges from about 300:1 to about 100:1.

50.  The liquid composition according to claim 48 wherein the weight ratio of sugar alcohol to non-nutritive sweetener ranges from about 200:1 to about 110:1.