# EXHIBIT L

06/18/2003 04:12 PM

BEST AVAILABLE COPY

RP, IP Department    6006140770   2/13

RLL-200.1US

# IN THE UNITED STATES PATENT & TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | CHANDRAN et al. | Examiner: Rebecca Cook |
| Application No.: | 09/923,491 | Group Art Unit: 1614 |
| Filing Date: | August 7, 2001 | |
| For: | LIQUID FORMULATION OF METFORMIN | |

## SECOND PRELIMINARY AMENDMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

Applicants respectfully request that the following amendments be entered.

### In the Specification:

Please amend page 1, line 3 as follows:

This application is a continuation of United States Patent Application Serial No. 09/923,491, now issued as United States Patent No. 6,599,187, and is claiming the benefit of United States Provisional Application Serial No. 60/223,391, filed on August 7, 2000.

06/18/2003 04:12 PM          BPI IP Department          6006149770   1/13

**BEST AVAILABLE COPY**



# RANBAXY
## PHARMACEUTICALS INC.

Phone: (609) 720-5365 • Fax (609) 514-9779

**FAX**

DATE: June 18 2003          #OF PAGES: 14 (INCLUDING THIS COVER)

TO: Examiner Rebecca Cook
(703) 308-4556

**FAX RECEIVED**
JUN 19 2003
**GROUP 1600**

FROM: Kim Campbell, IP Dept.

**OFFICIAL**

Re: U.S. Application No.: 10/382,442 ~~09/923,491~~
Applicant: CHANDRAN et al.
Filing Date: August 7, 2001
Title: LIQUID FORMULATION OF METFORMIN
Group Art Unit: 1614
Our Ref.: RLL-200US

Dear Examiner Cook,

Please see attached Second Preliminary Amendment regarding the above matter.

If you require further information, please do not hesitate to contact me.

Very truly yours,

*Kim Campbell*
Kim Campbell
Patent legal assistant

Att.

**CONFIDENTIALITY NOTE:**
The information contained in this facsimile message is strictly privileged and confidential, intended only for the use of the individual or entity named above.

If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this material is strictly prohibited.

If you have received this communication in error, please immediately notify us by telephone to arrange for the destruction of the communication or the return, at our expense, of the original message.

06/18/03  WED 16:10  [TX/RX NO 9579]  ☒001

In the claims:

Please amend claims 1, 3, and 7, delete claim 6 and add claims 51-63 to read as follows:

1. (Currently Amended): A liquid pharmaceutical composition for oral administration ~~to a subject in need thereof~~ which comprises a therapeutically effective amount of metformin or its pharmaceutically acceptable salt; ~~thereof and pharmaceutically acceptable liquid~~ carrier a sweetener that does not increase the blood glucose level of a subject after ingestion thereof; a polyhydroxy alcohol present in an amount of about 15 to about 55% by weight; a mineral acid and bicarbonate salt both present in sufficient amounts to maintain the pH of the composition in the range of about 4.0 to about 9.0; and a pharmaceutically acceptable liquid carrier.

3. (Currently Amended): The liquid pharmaceutical composition according to claim 1 comprising a therapeutically effective amount of the pharmaceutically acceptable salt metformin ~~in association with~~ and a pharmaceutically acceptable liquid carrier.

6. (Cancelled): The liquid pharmaceutical composition according to claim 1 which additionally comprises a sweetener that does not increase the blood glucose level of a subject after ingestion thereof.

7. (Currently Amended): The liquid pharmaceutical composition according to claim 1 which additionally comprises ~~a sweetener that does not increase~~

- 2 -

06/18/2003 04:13 PM                    BEST AVAILABLE COPY    IP Department    8055145779    4/13

the blood glucose ~~level of a subject after ingestion thereof~~, an alkyl hydroxyethylcellulose, ~~or a polyhydroxy alcohol, or combination thereof~~.

51. (New): The pharmaceutical composition of claim 1 wherein the sweetener is present in amounts ranging from about 50% to about 70% by weight.

52. (New): The liquid pharmaceutical composition of claim 51, wherein the sweetener is present in amounts ranging from about 55% to about 65% by weight.

53. (New): The liquid pharmaceutical composition of claim 7, wherein the alkyl hydroxyethylcellulose is present in amounts ranging from about 0.05% to about 1% by weight.

54. (New): The liquid pharmaceutical composition of claim 53, wherein the alkyl hydroxyethylcellulose is present in amounts ranging from 0.08% to about 0.2% by weight.

55. (New): The liquid pharmaceutical composition of claim 1, wherein the polyhydroxy alcohol is present in amounts ranging from about 15% to about 40% by weight.

56. (New): The liquid pharmaceutical composition of claim 7, wherein the alkyl group in alkyl hydroxy ethyl cellulose contains 2 to 10 carbon atoms.

57. (New): The liquid pharmaceutical composition of claim 1, wherein the sweetener is a sugar alcohol or non-nutritive sweetener.

06/18/03 WED 16:10 [TX/RX NO 9579] ☒004

SUN_RIOMET_000166

06/18/2003 04:13 PM        BEST AVAILABLE COPY   IP Department    0095149779   5/13

58. (New): The liquid pharmaceutical composition of claim 1, wherein the polyhydroxy alcohol contains 2 to 6 carbon atoms and contains 2 to 6 hydroxy groups.

59. (New): The liquid pharmaceutical composition of claim 1, wherein the polyhydroxy alcohol is a polymer having a molecular weight ranging from 200 to 2000 daltons and has a repeating unit of 2 to 6 carbon atoms and the repeating unit contains 2 to 6 hydroxy groups.

60. (New): The liquid pharmaceutical composition according to claim 1 wherein the mineral acid is hydrochloric acid, nitric acid, or sulfuric acid.

61. (New): The liquid pharmaceutical composition according to claim 60 wherein the mineral acid is hydrochloric acid.

62. (New): The liquid pharmaceutical composition according to claim 1 wherein the pH ranges from about 4.2 to about 7.0.

63. (New): The liquid pharmaceutical composition according to claim 1 wherein the bicarbonate salt is potassium bicarbonate.

06/18/03 WED 16:10 [TX/RX NO 9579] ☒005

SUN_RIOMET_000167

### REMARKS

Claims 1-7, 32, 42, 43 and 51-63 are currently pending. Claim 1 has been amended by reciting polyhydroxy alcohol present in amounts of from about 15% to about 55%, and calling for mineral acid bicarbonate. Support for amended claim 1 is found in applicant's specification as filed, for example, on page 11, lines 3-6, page 15, lines 11-19, and page 5, lines 6-12. Support for new claims 51-63 is found in dependent claims as filed in the parent to this continuation application. No new matter is introduced thereby.

Entry of this Second Preliminary Amendment is respectfully requested in order to correct this application, and further to define the claims to be examined in this application.

Respectfully submitted,
Chandran et al.

By: _____
George E. Heibel, Ph.D., Reg. No. 42,648

Date: June 18, 2003
Ranbaxy Laboratories Limited
600 College Road East, Suite 2100
Princeton, New Jersey 08540
Tel: (609) 720-5608
Fax: (609) 720-1155