# EXHIBIT N

# INTERNATIONAL SEARCH REPORT

| International Application No |
|---|
| PCT/IB 01/01409 |

| A. CLASSIFICATION OF SUBJECT MATTER |
|---|
| IPC 7  A61K31/155   A61K9/08 |

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
IPC 7   A61K

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)
WPI Data, PAJ, EPO-Internal, CHEM ABS Data

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category° | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | WO 99 55320 A (SUMITOMO PHARMACEUTICALS CO., LTD.) 4 November 1999 (1999-11-04)<br><br>page 1, line 27 -page 8, line 22 | 1-7, 20-26, 30,33, 38, 40-43, 48-50 |
| A | EP 0 177 303 A (HERCULES INCORPORATED) 9 April 1986 (1986-04-09)<br>page 3, line 6 -page 4, line 21<br>page 4, line 34 -page 5, line 4 | 7,8,11, 12,15 |
| A | EP 0 373 103 A (CIBA-GEIGY AG) 13 June 1990 (1990-06-13)<br>page 4, line 1 - line 15 | 1-50 |

[ ] Further documents are listed in the continuation of box C.        [X] Patent family members are listed in annex.

° Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 6 May 2002 | 15/05/2002 |

| Name and mailing address of the ISA | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2<br>NL - 2280 HV Rijswijk<br>Tel. (+31-70) 340-2040, Tx. 31 651 epo nl,<br>Fax: (+31-70) 340-3016 | Benz, K |

1

Form PCT/ISA/210 (second sheet) (July 1992)

# INTERNATIONAL SEARCH REPORT
Information on patent family members

International Application No
PCT/IB 01/01409

| Patent document cited in search report | | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|---|
| WO 9955320 | A | 04-11-1999 | AU | 3536299 A | 16-11-1999 |
|  |  |  | CA | 2330485 A1 | 04-11-1999 |
|  |  |  | EP | 1082109 A1 | 14-03-2001 |
|  |  |  | WO | 9955320 A1 | 04-11-1999 |
| EP 177303 | A | 09-04-1986 | US | 4584189 A | 22-04-1986 |
|  |  |  | AT | 53761 T | 15-06-1990 |
|  |  |  | CA | 1252051 A1 | 04-04-1989 |
|  |  |  | DE | 3577396 D1 | 07-06-1990 |
|  |  |  | DK | 436185 A | 29-03-1986 |
|  |  |  | EP | 0177303 A2 | 09-04-1986 |
|  |  |  | ES | 547377 D0 | 16-07-1986 |
|  |  |  | ES | 8608860 A1 | 16-12-1986 |
|  |  |  | FI | 853541 A ,B, | 29-03-1986 |
| EP 373103 | A | 13-06-1990 | AT | 87476 T | 15-04-1993 |
|  |  |  | AU | 624190 B2 | 04-06-1992 |
|  |  |  | AU | 4434389 A | 07-06-1990 |
|  |  |  | CA | 2002472 A1 | 10-05-1990 |
|  |  |  | DE | 58903964 D1 | 06-05-1993 |
|  |  |  | DK | 561589 A | 11-05-1990 |
|  |  |  | EP | 0373103 A1 | 13-06-1990 |
|  |  |  | ES | 2054089 T3 | 01-08-1994 |
|  |  |  | GR | 3007995 T3 | 31-08-1993 |
|  |  |  | IE | 63482 B | 03-05-1995 |
|  |  |  | IL | 92190 A | 23-07-1996 |
|  |  |  | JP | 2178224 A | 11-07-1990 |
|  |  |  | JP | 2894744 B2 | 24-05-1999 |
|  |  |  | KR | 152983 B1 | 16-11-1998 |
|  |  |  | NZ | 231320 A | 25-11-1992 |
|  |  |  | PT | 92228 A ,B | 31-05-1990 |
|  |  |  | ZA | 8908554 A | 29-08-1990 |

Form PCT/ISA/210 (patent family annex) (July 1992)