# EXHIBIT O

| TRANSMITTAL OF INFORMATION DISCLOSURE STATEMENT (Under 37 CFR 1.97(b) or 1.97(c)) | | | Docket No. RLL-200US |
|---|---|---|---|
| In Re Application: CHANDRAN et al. | | | |
| Serial No. 09/923,491 | Filing Date 8/7/2001 | Examiner unknown | Group Art Unit 1614 |

LIQUID FORMULATION OF METFORMIN

**RECEIVED**
JUN 2 4 2002
TECH CENTER 1600/2900

### Payment of Fee

(Only complete if Applicant elects to pay the fee set forth in 37 CFR 1.17(p))

☐ A check in the amount of _____ is attached.
☐ The Assistant Commissioner is hereby authorized to charge and credit Deposit Account No. _____ as described below. A duplicate copy of this sheet is enclosed.
  ☐ Charge the amount of
  ☐ Credit any overpayment.
  ☐ Charge any additional fee required.

**Certificate of Transmission by Facsimile***

I certify that this document and authorization to charge deposit account is being facsimile transmitted to the United States Patent and Trademark Office (F

_____
(Date)

_____
Signature

_____
Typed or Printed Name of Person Signing Certificate

**Certificate of Mailing by First Class Mail**

I certify that this document and fee is being deposited June /0, 2002 with the U.S. Postal Service as first class mail under 37 C.F.R. 1.8 and is addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

_/s/_ Signature of Person Mailing Correspondence

Christine Kenedy
Typed or Printed Name of Person Mailing Certificate

*This certificate may only be used if paying by deposit account.

_/s/_
Signature

Dated: June 10, 2002

Jayadeep R. Deshmukh, Esq.
Reg. No. 34,507
Ranbaxy Pharmaceuticals Inc.
600 College Road East, Suite 2100
Princeton, New Jersey 08540
Telephone: (609) 720-5608
Facsimile: (609) 514-9779

cc:

P10A/REV02

| | | Docket No.: RLL-2. | | Serial No.: 09/923,491 |
|---|---|---|---|---|
| INFORMATION DISCLOSURE CITATION | | Applicants: CHANDRAN et al. | | |
| JUN 1 8 2002  (SUPPLEMENTAL) | | Filed: 08/07/01 | | Group: 1614 |

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | RECEIVED |
| | | | | | | | JUN 2 4 2002 |
| | | | | | | | TECH CENTER 1600/2900 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES \| NO |
|---|---|---|---|---|---|---|---|
| ~ | | WO 99 55320 | 11/4/1999 | PCT WO | — | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**OTHER DOCUMENTS** (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| EXAMINER | R Cook | DATE CONSIDERED | 7/2/02 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**Form PTO-1449**                                                                                           PAGE 1 OF ___