# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN PHARMACEUTICAL INDUSTRIES, LTD., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SAPTALIS PHARMACEUTICALS, LLC,<br><br>    Defendant. | C.A. No. 18-648-WCB |

## DEFENDANT SAPTALIS PHARMACEUTICALS, LLC'S
## MOTION FOR EXCEPTIONAL CASE DETERMINATION AND ATTORNEYS' FEES
## PURSUANT TO 35 U.S.C. § 285

Defendant Saptalis Pharmaceuticals, LLC ("Saptalis") respectfully moves this Court to grant Saptalis' Motion for Exceptional Case Determination and Attorneys' Fees Pursuant to 35 U.S.C. § 285. Saptalis respectfully requests entry of an Order: (1) finding Saptalis is the prevailing party; (2) finding this case is exceptional under 35 U.S.C. § 285; and (3) finding Saptalis is entitled to its reasonable attorneys' fees to the extent permitted by law. The grounds for this Motion are fully set forth in the accompanying Memorandum of Law, filed contemporaneously herewith and incorporated by reference herein.

July 2, 2020                                             Respectfully submitted,

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
Phillips, McLaughlin & Hall, P.A.
1200 North Broom Street
Wilmington, Delaware 19806-4204
Tel. (302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendant Saptalis Pharmaceuticals, LLC*