# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN PHARMACEUTICAL INDUSTRIES, LTD., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SAPTALIS PHARMACEUTICALS, LLC,<br><br>    Defendant. | C.A. No. 18-648-WCB |

### [PROPOSED] ORDER GRANTING DEFENDANT SAPTALIS PHARMCEUTICALS, LLC'S MOTION FOR EXCEPTIONAL CASE DETERMINATION AND ATTORNEYS' FEES PURSUANT TO 35 U.S.C. § 285

Having considered Defendant Saptalis Pharmaceuticals, LLC's ("Saptalis") Motion for Exceptional Case Determination and Attorneys' Fees Pursuant to 35 U.S.C. § 285, this Court hereby GRANTS Saptalis' Motion as follows:

(1) This Court finds Saptalis is the prevailing party in this litigation;

(2) This Court finds this case is exceptional under 35 U.S.C. § 285; and

(3) This Court finds Saptalis is entitled to its reasonable attorneys' fees and costs to the extent permitted by law.

The Court hereby ORDERS Sun to pay _____.

**SO ORDERED** this \_\_\_\_ day of _____, 2020.

                                                                                 WILLIAM C. BRYSON
                                                         UNITED STATES CIRCUIT JUDGE