## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN PHARMACEUTICAL INDUSTRIES, LTD., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SAPTALIS PHARMACEUTICALS, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 18-648-WCB<br>)<br>)<br>)<br>) |

## D. DEL. LR 7.1.1. STATEMENT

Pursuant to D. Del. LR 7.1.1, the undersigned counsel hereby certifies that a reasonable effort was made to reach agreement on the matters set forth herein, but agreement could not be reached.

Dated: July 2, 2020                     PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendant Saptalis Pharmaceuticals, LLC*